UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 1:16-mj-0096 |
| | ) | |
| KYLE EDWARD COX, | ) | - 01 |
| Defendant. | ) | |

**MINUTE ENTRY**
**For February 4, 2016**

The parties appeared for an initial appearance on the Complaint dated February 4, 2016. Defendant appeared in person and by retained counsel James Voyles and Jennifer Lukemeyer. Government represented by AUSA Kristina Korobov and AUSA Steve DeBrota. USPO represented by Mandy Burton.

Charges, rights and penalties were reviewed and explained.

Defendant waived his right to a preliminary hearing and probable cause was found.

Government orally moved for pretrial detention and a hearing was granted. Detention hearing set for **February 8, 2016 at 3:00 pm in courtroom 270**.

Government orally moved to unseal the case file and the same granted.

Defendant remanded to the custody of the U.S. Marshals pending further proceedings before the Court.

Dated: 04 FEB 2016

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

To counsel via electronic notification.