# United States District Court

SOUTHERN DISTRICT OF INDIANA

FILED
FEB 04 2016
U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

UNITED STATES OF AMERICA
V.
KYLE EDWARD COX

WAIVER OF PRELIMINARY EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)
Case Number: 1:16-mj-0096

I, <u>KYLE EDWARD COX</u>, charged in a complaint pending in this District with <u>coercion and enticement</u> in violation of Title <u>18</u>, U.S.C., <u>2422(b)</u>, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary examination, do hereby waive my right to a preliminary examination.

KYLE EDWARD COX
Defendant

2/4/16
Date

Counsel for Defendant