# United States District Court
## SOUTHERN DISTRICT OF INDIANA

**United States of America**

**APPEARANCE**

vs.

**KYLE EDWARD COX**

**CASE NUMBER: 1:16-MJ-0096**

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for **Defendant Kyle Edward COX**

**DATE:   8 February 2016**

**/s/ Jennifer Lukemeyer**
**JENNIFER M. LUKEMEYER #17908-49**

**VOYLES ZAHN PAUL**
**141 E. Washington Street**
**Suite 300**
**Indianapolis, IN 46204**
**(317) 632-4463**

**jlukemeyer@vzplaw.com**